UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RALPH K. TUCKER, et al.
    Plaintiffs

v.                    Civil No. 98-1314(SEC)

MANHEIM AUTO AUCTION, et al.   ADEA
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 25**<br>"Defendants' Motion to Strike; Motion to Deem Admitted their Statement of Undisputed Material Facts . . ." | Defendants' requests (1) to strike plaintiffs' opposition to their motion for summary judgment and (2) to deem admitted their statement of uncontested material facts are **DENIED**. However, defendants shall have until **December 15, 1999**, to file a reply brief. |

DATE: December 7TH, 1999

SALVADOR E. CASELLAS
United States District Judge



