IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 16 AM 9: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Ralph K. Tucker, et al.
Plaintiff(s)

v.

Manheim Auto Auction, et al.
Defendant(s)

Civil No. 98-1314 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: 12/14/99   DOCKET #: 29   TITLE: Urgent Motion Requesting Enlargement of Time...

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

## COMMENTS

December 15, 1999
DATE

SALVADOR E. CASELLAS
United States District Judge

